# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1302

TP 12-01172

PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF SHAMEL DAVIS, PETITIONER,

V                ORDER

BRIAN FISCHER, COMMISSIONER, DEPARTMENT OF
CORRECTIONS AND COMMUNITY SUPERVISION, RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (ADAM W. KOCH OF
COUNSEL), FOR PETITIONER.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (WILLIAM E. STORRS OF
COUNSEL), FOR RESPONDENT.

---

  Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Wyoming County [Mark H.
Dadd, A.J.], entered June 20, 2012) to review a determination of
respondent.  The determination found after a Tier III hearing that
petitioner had violated various inmate rules.

  It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered: December 21, 2012       Frances E. Cafarell
                    Clerk of the Court